IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MIRANT POTOMAC RIVER, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:04-cv01136-LMB |

APPEARANCE OF COUNSEL

To: The clerk and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the United States.

Dated: November 5, 2020

                                              G. ZACHARY TERWILLIGER
                                              United States Attorney

                      By:

                                              /s/ Gerard Mene_____
                                              Gerard Mene
                                              Assistant United States Attorney
                                              Counsel for the United States
                                              2100 Jamieson Avenue
                                              Alexandria, Virginia 22314
                                              Counsel for United States of America
                                              Telephone: (703) 299-3777
                                              Facsimile: (703) 299-3983
                                              Email: Gerard.mene@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 5th day of November, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system. In addition, I certify that copies are being served on the following counsel for the parties:

For Defendants Mirant Mid-Atlantic, LLC
and Mirant Potomac River, LLC:

Daniel D. McDevitt
General Counsel and Vice President
Genon Holdings, Inc.
1360 Post Oak Blvd., Suite 2000
Houston, TX 77056
Daniel.McDevitt@Genon.com

For Plaintiff the State of Maryland:

Michael F. Strande
Assistant Attorney General
Office of the Attorney General
Maryland Department of the Environment
1800 Washington Blvd., Suite 6048
Baltimore, MD 21230
michael.strande@maryland.gov

For Intervenor Plaintiff the Commonwealth
of Virginia:

Paul Kugelman, Dr.
Senior Assistant Attorney General
Chief, Environmental Section
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
pkugelman@oag.state.va.us

For Movant the City of Alexandria:

Jonathan Michael Stern
Schnader Harrison Segal & Lewis LLP
1750 K Street NW
Suite 1200
Washington, DC 20006-2303
Email: jstern@schnader.com

For Movant Mirma Landlords:

Joseph Edward Hartman
4720 31st Street, South
Arlington, VA 22206
(703) 998-0628
Email: JoeHman@comcast.net

2

  /s/ Gerard Mene_____
Gerard Mene
Assistant United States Attorney
Counsel for the United States
2100 Jamieson Avenue
Alexandria, Virginia 22314
Counsel for United States of America
Telephone: (703) 299-3777
Facsimile: (703) 299-3983
Email: Gerard.mene@usdoj.gov