AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:04CV1136-LMB |
| Mirant Potomac River LLC, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Maryland.

Date: 09/18/2023

s/ Elise Balkin Ice
*Attorney's signature*

Elise Balkin Ice, Va. Bar No. 66518
*Printed name and bar number*

6776 Reisterstown Road, Suite 313
Baltimore, Maryland, 21215

*Address*

elise.ice1@maryland.gov
*E-mail address*

(443) 531-3859
*Telephone number*

(410) 484-5939
*FAX number*