AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:04CV1136-LMB |
| Mirant Potomac River LLC, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mirant Mid-Atlantic, LLC and Mirant Potomac River, LLC.

Date: 09/26/2023

/s/ Kathryn M. Barber
*Attorney's signature*

Kathryn M. Barber / VSB No. 88992
*Printed name and bar number*

McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
*Address*

kbarber@mcguirewoods.com
*E-mail address*

(804) 775-1227
*Telephone number*

(804) 698-2227
*FAX number*